IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TERESA RODRIGUEZ, #19459-078 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:14cv260 |
| | § | CRIMINAL ACTION NO. 4:11cr248(2) |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to a United States Magistrate Judge, who issued a Report and Recommendation concluding that the motion to vacate, set aside, or correct sentence should be dismissed without prejudice. Movant filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having made a *de novo* review of the objections raised by Movant to the Report, the court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. After issuing the Report and Recommendation to dismiss for Movant's failure to prosecute, the court allowed Movant one more opportunity to comply with its order. Movant failed to do so. It is accordingly

**ORDERED** that the motion to vacate, set aside, or correct sentence is **DISMISSED** without prejudice. It is also **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this the 31st day of March, 2017.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE